UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NELLIE SANINOCENCIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD WELCH III, et al., )<br>)<br>Defendants )<br>) | Civil Action<br>No. 21-11455-PBS |

MOTION TO FILE FURTHER PLEADINGS

Now comes the Plaintiff in the above captioned action pursuant to this court's order issued on December 9, 2021 requiring her to seek prior permission before filing any further pleadings relating to this action. Plaintiff requests this court rule on a motion to vacate a judgment pursuant to Fed.R.Civ.P. 60(b)(4) that was entered against her in a Massachusetts state superior court on January 11, 2016. The Plaintiff will conclusively show that she was denied her right to due process of law in the Massachusetts court proceedings. This state court judgment formed the basis for this court's decision to dismiss the above captioned action. The Plaintiff further requests permission to file a motion recusing Judge Richard Stearns from ruling on this motion to vacate.

Counsel for Plaintiff,

/s/ Gary Dolan
Gary Dolan (BBO 677841)
9 Sparkle Drive

 Lawrence, MA 01843
 (978) 382-6269
 grdolan.law@gmail.com

CERTIFICATE OF SERVICE

 I, Gary Dolan, do hereby certify, that I sent a copy of the Plaintiff's MOTION TO FILE FURTHER PLEADINGS to pcarroll@sloanewalsh.com and to Nicholas Rose at 1 Ashburton Place, Boston, MA 02108 via first class mail on May 1, 2024.